**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43339-JSB |
| | § | |
| PROSPER MAMAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/16/2009. The undersigned trustee was appointed on 11/16/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $2,227,368.45

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $239,451.03 |
    | Bank service fees | $3,349.39 |
    | Other Payments to creditors | $1,788,430.85 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $500.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $195,637.18 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/04/2010 and the deadline for filing government claims was 05/04/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $90,056.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $90,056.05, for a total compensation of $90,056.05[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $57.55, for total expenses of $57.55.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/11/2012        By:   /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 09-43339 Doc 183 Filed 05/11/12 Entered 05/11/12 15:55:19 Desc Main
Document Page 3 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit A

| Case No.: | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Date Filed (f) or Converted (c): | 11/16/2009 (f) |
| For the Period Ending: | 5/11/2012 | | §341(a) Meeting Date: | 12/30/2009 |
| | | | Claims Bar Date: | 06/04/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Debtor's residence:, Location: 1017 Sheridan Roa | $1,500,000.00 | $0.00 | | $1,190,000.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 519 Washington, | $500,000.00 | $0.00 | | $445,480.65 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 885 Oak, Glencoe, | $490,000.00 | $0.00 | | $452,000.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 Cash on Debtor's person | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 Checking account - North Shore Community Bank | $900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 4 TV's, miscellaneous appliances, kitchen table | $2,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 Miscellaneous pictures | $350.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 Miscellaneous wearing apparel | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 2 watches, 1 ring | $750.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 1 digital camera, 1 bike | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 IRA | $85,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 Tax refund (Federal) | $12,350.00 | $25,000.00 | | $24,174.12 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 Tax refund (State) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 - part of recovery of federal income tax refund | | | | | |
| 14 2007 Mercedes Benz E550 (18,000 miles) | $27,320.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 2009 Landrover (14,000 miles) | $26,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 1 barbeque grill, patio furniture | $250.00 | $250.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17 Security Deposit (u) | Unknown | $90,000.00 | | $90,000.00 | FA |
| **Asset Notes:** Debtor's security deposit with trading company T Bill proceeds. 10-00271 Leibowitz et al v. SMW Trading Company, Inc | | | | | |
| 18 Trading Account (u) | Unknown | $7,599.03 | | $7,599.03 | FA |
| 19 10-01173 David P. Leibowitz, Chapter 7 Trustee v. Feld | $18,000.00 | $18,000.00 | | $18,000.00 | $0.00 |
| **Asset Notes:** Last $3000 waived pursuant to settlement agreement: Payment to the Trustee. In consideration of the Trustee settling the Litigation, Feld has agreed to tender $3,000 in seven (7) monthly installments. Payments shall begin on the | | | | | |

| Case No.: | 09-43339-JSB | Trustee Name: | David Leibowitz |
| Case Name: | MAMAN, PROSPER | Date Filed (f) or Converted (c): | 11/16/2009 (f) |
| For the Period Ending: | 5/11/2012 | §341(a) Meeting Date: | 12/30/2009 |
| | | Claims Bar Date: | 06/04/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| first day of November 2010. All payments are due to the Trustee at the address provided herein no later than the eight (8th) day of each month. The seventh (7th) and last payment due by Feld shall be waived by the Trustee if Feld complies with the terms of this paragraph and all other obligations as provided in this Settlement Agreement. | | | | | |
| **Ref. #** | | | | | |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $114.65 | FA |

**TOTALS (Excluding unknown value)**                                              **Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　　　$2,665,320.00　　　　　　$142,849.03　　　　　　　　　　　　$2,227,368.45　　　　　$0.00

**Major Activities affecting case closing:**
　Sale of real property pending.
　All real estate has been liquidated.
　Accountant to be hired to prepare income tax return for estate

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2011 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/29/2012 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 09-43339-JSB | **Trustee Name:** | David Leibowitz |
| **Case Name:** MAMAN, PROSPER | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** ******6687 | **Money Market Acct #:** | ******9065 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 11/16/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 5/11/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | $14,400.48 | | $14,400.48 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.69 | | $14,401.17 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.85 | | $14,402.02 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.61 | | $14,402.63 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $14,402.63 | $0.00 |
| | | | **TOTALS:** | | $14,402.63 | $14,402.63 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $14,400.48 | $14,402.63 | |
| | | | **Subtotal** | | $2.15 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2.15 | $0.00 | |

| **For the period of 11/16/2009 to 5/11/2012** | | **For the entire history of the account between 04/06/2010 to 5/11/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $2.15 | Total Compensable Receipts: | $2.15 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.15 | Total Comp/Non Comp Receipts: | $2.15 |
| Total Internal/Transfer Receipts: | $14,400.48 | Total Internal/Transfer Receipts: | $14,400.48 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $14,402.63 | Total Internal/Transfer Disbursements: | $14,402.63 |

**FORM 2**

Page No: 2

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-43339-JSB | |
| **Case Name:** | MAMAN, PROSPER | |
| **Primary Taxpayer ID #:** | ******6687 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/16/2009 | |
| **For Period Ending:** | 5/11/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******3901 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | | 9999-000 | $510,735.60 | | $510,735.60 |
| 07/05/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $159.52 | $510,576.08 |
| 07/29/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $717.60 | $509,858.48 |
| 08/08/2011 | 5001 | Residential Credit Solutions, Incs., as Servicer | Payment on senior mortgage for 519 Washington Avenue, Glencoe. Per Court Order entered on 4/11/2011 Dkt. # 158 | | 4110-000 | | $340,500.00 | $169,358.48 |
| 08/31/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $468.26 | $168,890.22 |
| 09/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $281.32 | $168,608.90 |
| 10/31/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $254.53 | $168,354.37 |
| 11/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $262.90 | $168,091.47 |
| 12/07/2011 | | Brett A Blue and Brenda L Blue | Real Estate Closing | | * | | | $168,091.47 |
| | | | Payoff First Mortgage - including principal, interest and attorneys' fees | $(1,069,290.17) | 4110-000 | | | $168,091.47 |
| | | | Credit for Owner's Title Insurance to David Weininger, Agent | $(3,135.00) | 2500-000 | | | $168,091.47 |
| | | | Cooperating Broker @ Properties Listing Broker - Coldwell Banker | $(45,800.00) | 3510-000 | | | $168,091.47 |
| | | | settlement charges per Line 1400 RESPA | $(30,053.00) | 2500-000 | | | $168,091.47 |
| | | | tax proration | $(41,721.83) | 2820-000 | | | $168,091.47 |
| | {1} | | tax proration | $1,190,000.00 | 1110-000 | | | $168,091.47 |
| 12/15/2011 | 5002 | Susan Maman | RE: Washer & Dryer for 1017 Sheridan Rd. | | 8100-002 | | $500.00 | $167,591.47 |
| 12/16/2011 | 5002 | VOID: Susan Maman | Check Voided | | 8100-003 | | ($500.00) | $168,091.47 |
| 12/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $271.24 | $167,820.23 |

**SUBTOTALS** $510,735.60 $342,915.37

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6687 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2012 | | Athena Pruim | Funds on Real Estate closing | * | $29,403.81 | | $197,224.04 |
| | {3} | | $452,000.00 | 1122-000 | | | $197,224.04 |
| | | | $(11,075.00) | 3510-000 | | | $197,224.04 |
| | | | Chicago Title and Trust Company $(492.50) | 2500-000 | | | $197,224.04 |
| | | | David A. Weininger $(1,000.00) | 2500-000 | | | $197,224.04 |
| | | | Chicago Title/David Weininger $(1,770.00) | 2500-000 | | | $197,224.04 |
| | | | Closing Protection LTR/WIRE To Chicago Title and Trust Co. $(85.00) | 2500-000 | | | $197,224.04 |
| | | | Transaction Fee to Chicago Title and Trust Co. $(150.00) | 2500-000 | | | $197,224.04 |
| | | | Policy/Commitment Update to Chicago Title and Trust Co. $(100.00) | 2500-000 | | | $197,224.04 |
| | | | City/Count Tax/Stamps $(226.00) | 2820-000 | | | $197,224.04 |
| | | | State tax/stamps $(452.00) | 2820-000 | | | $197,224.04 |
| | | | State of Illinois Registration Fee $(3.00) | 2500-000 | | | $197,224.04 |
| | | | Survey Fee to Professional Associated Survey $(575.00) | 2500-000 | | | $197,224.04 |
| | | | Trust Fee to North Star Bank and Trust Co. $(300.00) | 2500-000 | | | $197,224.04 |
| | | | Reimbursement to Michael Hope for Expenses $(1,060.40) | 2500-000 | | | $197,224.04 |
| | | | JP Morgan Chase Bank, N.A. $(378,640.68) | 4110-000 | | | $197,224.04 |
| | | | Earnest Money $(16,045.00) | 2500-000 | | | $197,224.04 |
| | | | County Taxes $(10,450.30) | 2820-000 | | | $197,224.04 |
| | | | County Taxes $(171.31) | 2820-000 | | | $197,224.04 |
| 01/25/2012 | 5003 | Susan Maman | Exemptions paid to Susan for Washer and Dryer - sold with the 885 Oak, Glencoe property - - | 8100-002 | | $500.00 | $196,724.04 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $310.60 | $196,413.44 |
| 02/16/2012 | 5004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $152.84 | $196,260.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $297.00 | $195,963.60 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $326.42 | $195,637.18 |

**SUBTOTALS**      $29,403.81      $1,586.86

**FORM 2**

Case 09-43339    Doc 183    Filed 05/11/12    Entered 05/11/12 15:55:19    Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 8 of 16

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6687 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $540,139.41 | $344,502.23 | $195,637.18 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** | | $510,735.60 | $0.00 | |
|  |  |  | **Subtotal** | | $29,403.81 | $344,502.23 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $500.00 | |
|  |  |  | **Net** | | $29,403.81 | $344,002.23 | |

| For the period of **11/16/2009** to **5/11/2012** | | For the entire history of the account between **06/29/2011** to **5/11/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,642,000.00 | Total Compensable Receipts: | $1,642,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,642,000.00 | Total Comp/Non Comp Receipts: | $1,642,000.00 |
| Total Internal/Transfer Receipts: | $510,735.60 | Total Internal/Transfer Receipts: | $510,735.60 |
| | | | |
| Total Compensable Disbursements: | $1,956,598.42 | Total Compensable Disbursements: | $1,956,598.42 |
| Total Non-Compensable Disbursements: | $500.00 | Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $1,957,098.42 | Total Comp/Non Comp Disbursements: | $1,957,098.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-43339-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6687 | **Money Market Acct #:** ******9065 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 11/16/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/11/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2010 | (12) | Prosper Maman | Fed & IL Tax Refund | 1129-000 | $14,400.00 | | $14,400.00 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.39 | | $14,400.39 |
| 04/06/2010 | | Wire out to BNYM account ********9065 | Wire out to BNYM account ********9065 | 9999-000 | ($14,400.48) | | ($0.09) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.09 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($14,400.48) | $0.00 | |
| | | | **Subtotal** | | $14,400.48 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $14,400.48 | $0.00 | |

| **For the period of 11/16/2009 to 5/11/2012** | | **For the entire history of the account between 03/10/2010 to 5/11/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $14,400.48 | Total Compensable Receipts: | $14,400.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,400.48 | Total Comp/Non Comp Receipts: | $14,400.48 |
| Total Internal/Transfer Receipts: | ($14,400.48) | Total Internal/Transfer Receipts: | ($14,400.48) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6
Case 09-43339  Doc 183  Filed 05/11/12  Entered 05/11/12 15:55:19  Desc Main
Document  Page 10 of 16
Exhibit B
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-43339-JSB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6687 | | | Money Market Acct #: | ******3339 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 11/16/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $14,402.63 | | $14,402.63 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.12 | | $14,402.75 |
| 07/07/2010 | | SMW TRADING COMPANY INC. | Security Deposit and Trading Account | * | $97,599.03 | | $112,001.78 |
| | {17} | | | $90,000.00 | 1229-000 | | $112,001.78 |
| | {18} | | | $7,599.03 | 1229-000 | | $112,001.78 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.02 | | $112,004.80 |
| 08/05/2010 | (12) | Harris N.A. | Tax refund | 1129-000 | $9,665.38 | | $121,670.18 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.05 | | $121,675.23 |
| 09/01/2010 | (2) | Michael L. Frey | Rental Payment | 1122-000 | $5,480.65 | | $127,155.88 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $5.21 | | $127,161.09 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $5.40 | | $127,166.49 |
| 11/03/2010 | (12) | United States Treasury | 12/09 Federal Tax Refund for Proper and Susan J. Maman | 1129-000 | $108.74 | | $127,275.23 |
| 11/05/2010 | (19) | Michael Feld, M.D. | 1st settlement payment | 1141-000 | $3,000.00 | | $130,275.23 |
| 11/10/2010 | 3000 | Village of Glencoe | Utility Service Bill - 519 Washington Ave, Glencoe, IL | 2500-000 | | $64.16 | $130,211.07 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $5.32 | | $130,216.39 |
| 12/07/2010 | (19) | Michael Feld, M.D. | Pref. Payment | 1141-000 | $3,000.00 | | $133,216.39 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $5.62 | | $133,222.01 |
| 01/07/2011 | (19) | Michael Feld M.D. | Monthly payment | 1141-000 | $3,000.00 | | $136,222.01 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $5.74 | | $136,227.75 |
| 02/04/2011 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $109.49 | $136,118.26 |
| 02/09/2011 | (19) | Michael Feld, M.D. | Settlement payment | 1141-000 | $3,000.00 | | $139,118.26 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $5.30 | | $139,123.56 |
| 03/10/2011 | (19) | Michael Feld, M.D. | Settlement payment | 1141-000 | $3,000.00 | | $142,123.56 |
| 03/18/2011 | 3002 | Village of Glencoe | Utility bill | 2990-000 | | $121.53 | $142,002.03 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $5.97 | | $142,008.00 |
| 04/11/2011 | (19) | Michael Feld, M.D. | Payment | 1141-000 | $3,000.00 | | $145,008.00 |
| 04/11/2011 | 3003 | R.H. Witt Heating & Sheet Metal | Routine Maintenance Hydronic Boiler | * | | $830.00 | $144,178.00 |
| | | | Routine Maintenance Hydronic Boiler $(109.00) | 2990-003 | | | $144,178.00 |
| | | | Aquastat $(562.00) | 2990-000 | | | $144,178.00 |
| | | | Non-Specific Minor Repair level 2 $(91.00) | 2990-000 | | | $144,178.00 |
| | | | Diagnostic Charge $(68.00) | 2990-000 | | | $144,178.00 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.91 | | $144,183.91 |

**SUBTOTALS**  $145,309.09    $1,125.18

Page No: 7
Case 09-43339    Doc 183    Filed 05/11/12    Entered 05/11/12 15:55:19    Desc Main
Document      Page 11 of 16
FORM 2
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6687 | | Money Market Acct #: | ******3339 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2011 | | Chicago Title and Trust Company | Funds RE 519 Washington property | * | $365,747.58 | | $509,931.49 |
| | {2} | | $440,000.00 | 1122-000 | | | $509,931.49 |
| | | | 07/01/10 to 02/31/10 County Taxes $(6,987.04) | 2820-000 | | | $509,931.49 |
| | | | 2011 Tax Credit 01/01/2011-04/29/2011 $(4,555.93) | 2820-000 | | | $509,931.49 |
| | | | Commission Paid to Michael Hope $(6,795.00) | 3991-500 | | | $509,931.49 |
| | | | Title Insurance- Chicago Title Insurance $(1,680.00) | 2500-000 | | | $509,931.49 |
| | | | Wire Transfer /Tax Payment fee to Chicago Title $(75.00) | 2500-000 | | | $509,931.49 |
| | | | State Registration Fee to Chicago Title and Trust $(153.00) | 2500-000 | | | $509,931.49 |
| | | | Recording Fees Release $(50.00) | 2500-000 | | | $509,931.49 |
| | | | Recording Fee: City County tax stamps -Deed $(220.00) | 2500-000 | | | $509,931.49 |
| | | | State Tax /Stamps  - Deed $(440.00) | 2500-000 | | | $509,931.49 |
| | | | 2008 Open Taxes to Cook County Collector 05-07-303-011 $(7,142.88) | 2820-000 | | | $509,931.49 |
| | | | 2009 st & 2nd Installment. Taxes to Cook County $(14,568.84) | 2820-000 | | | $509,931.49 |
| | | | 2010 1st installment taxes $(7,196.65) | 2820-000 | | | $509,931.49 |
| | | | Trust Fees to North Start Trust Company $(300.00) | 2500-000 | | | $509,931.49 |
| | | | Earnest money retained by broker $(20,000.00) | 2500-000 | | | $509,931.49 |
| | | | Survey fee to professional survey $(495.00) | 2500-000 | | | $509,931.49 |
| | | | Payment to Michael Hope $(830.00) | 2500-000 | | | $509,931.49 |
| | | | Seller Attorney Fee to David A Weininger $(1,000.00) | 2500-000 | | | $509,931.49 |
| | | | Costs to David A Weininger $(81.88) | 2500-000 | | | $509,931.49 |
| | | | Reim. To Sonia Cohen $(103.23) | 2500-000 | | | $509,931.49 |
| | | | Payment to North Shore Gas $(1,577.97) | 2500-000 | | | $509,931.49 |
| 05/04/2011 | 3004 | Chicago Title and Trust | Cook County added interest for 2008 tax bill | 2500-000 | | $85.25 | $509,846.24 |

| | | | SUBTOTALS | $365,747.58 | $85.25 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6687 | | Money Market Acct #: | ******3339 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/05/2011 | 3003 | VOID: R.H. Witt Heating & Sheet Metal | Check Voided | * | | ($830.00) | $510,676.24 |
| | | | Routine Maintenance Hydronic Boiler  $109.00 | 2990-003 | | | $510,676.24 |
| | | | Aquastat  $562.00 | 2990-003 | | | $510,676.24 |
| | | | Non-Specific Minor Repair level 2  $91.00 | 2990-003 | | | $510,676.24 |
| | | | Diagnostic Charge  $68.00 | 2990-003 | | | $510,676.24 |
| 05/25/2011 | 3004 | STOP PAYMENT: Chicago Title and Trust | Cook County added interest for 2008 tax bill | 2500-004 | | ($85.25) | $510,761.49 |
| 05/25/2011 | 3005 | David A. Weininger | Reimb. of Cook County 2008 interest for tax bill | 2500-000 | | $85.25 | $510,676.24 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $29.98 | | $510,706.22 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $29.38 | | $510,735.60 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $510,735.60 | $0.00 |
| | | | **TOTALS:** | | $511,116.03 | $511,116.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $14,402.63 | $510,735.60 | |
| | | | Subtotal | | $496,713.40 | $380.43 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $496,713.40 | $380.43 | |

| For the period of 11/16/2009 to 5/11/2012 | | For the entire history of the account between 06/25/2010 to 5/11/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $570,965.82 | Total Compensable Receipts: | $570,965.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $570,965.82 | Total Comp/Non Comp Receipts: | $570,965.82 |
| Total Internal/Transfer Receipts: | $14,402.63 | Total Internal/Transfer Receipts: | $14,402.63 |
| | | | |
| Total Compensable Disbursements: | $74,632.85 | Total Compensable Disbursements: | $74,632.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,632.85 | Total Comp/Non Comp Disbursements: | $74,632.85 |
| Total Internal/Transfer Disbursements: | $510,735.60 | Total Internal/Transfer Disbursements: | $510,735.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-43339-JSB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6687 | | | **Money Market Acct #:** | | ******3339 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | MMA |
| **For Period Beginning:** | 11/16/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 5/11/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $540,519.84 | $344,882.66 | $195,637.18 |

**For the period of 11/16/2009 to 5/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,227,368.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,227,368.45 |
| Total Internal/Transfer Receipts: | $525,138.23 |
| | |
| Total Compensable Disbursements: | $2,031,231.27 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $2,031,731.27 |
| Total Internal/Transfer Disbursements: | $525,138.23 |

**For the entire history of the case between 11/16/2009 to 5/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,227,368.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,227,368.45 |
| Total Internal/Transfer Receipts: | $525,138.23 |
| | |
| Total Compensable Disbursements: | $2,031,231.27 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $2,031,731.27 |
| Total Internal/Transfer Disbursements: | $525,138.23 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     09-43339-JSB
Case Name:    PROSPER MAMAN
Trustee Name: David P. Leibowitz

Balance on hand: $195,637.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Bank of America, NA, as Trustee for | $1,000,000.00 | $1,000,000.00 | $1,069,290.17 | $0.00 |
| 4 | Bank of America, NA Trustee for | $500,000.00 | $376,640.68 | $378,640.68 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $195,637.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $90,056.05 | $0.00 | $90,056.05 |
| David P. Leibowitz, Trustee Expenses | $57.55 | $0.00 | $57.55 |
| Lakelaw, Attorney for Trustee Fees | $60,837.50 | $0.00 | $60,837.50 |
| Lakelaw, Attorney for Trustee Expenses | $1,104.90 | $0.00 | $1,104.90 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $2,139.00 | $0.00 | $2,139.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $154,445.00
Remaining balance: $41,192.18

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $41,192.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $41,192.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $978,360.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | American Express Bank, FSB | $3,278.89 | $0.00 | $138.05 |
| 3 U | Bank of America, NA, as Trustee for | $47,164.99 | $0.00 | $1,985.80 |
| 4 U | Bank of America, NA Trustee for | $180,943.73 | $0.00 | $7,618.32 |
| 5 | Bank of America | $746,973.25 | $0.00 | $31,450.01 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $41,192.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |