**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43339-JSB |
| | § | |
| PROSPER MAMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/05/2012, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/11/2012        By:  /s/ David P. Leibowitz
                                                                 (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43339-JSB |
| | § | |
| PROSPER MAMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,227,368.45
*and approved disbursements of*     $2,031,731.27
*leaving a balance on hand of[1]:*     $195,637.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Bank of America, NA, as Trustee for | $1,000,000.00 | $1,000,000.00 | $1,069,290.17 | $0.00 |
| 4 | Bank of America, NA Trustee for | $500,000.00 | $376,640.68 | $378,640.68 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $195,637.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $90,056.05 | $0.00 | $90,056.05 |
| David P. Leibowitz, Trustee Expenses | $57.55 | $0.00 | $57.55 |
| Lakelaw, Attorney for Trustee Fees | $60,837.50 | $0.00 | $60,837.50 |
| Lakelaw, Attorney for Trustee Expenses | $1,104.90 | $0.00 | $1,104.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | | | |
|---|---:|---:|---:|
| POPOWCER KATTEN, Accountant for Trustee Fees | $2,139.00 | $0.00 | $2,139.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

        Total to be paid for chapter 7 administrative expenses:     $154,445.00
        Remaining balance:     $41,192.18

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:     $0.00
        Remaining balance:     $41,192.18

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

        Total to be paid to priority claims:     $0.00
        Remaining balance:     $41,192.18

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $978,360.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | American Express Bank, FSB | $3,278.89 | $0.00 | $138.05 |
| 3 U | Bank of America, NA, as Trustee for | $47,164.99 | $0.00 | $1,985.80 |
| 4 U | Bank of America, NA Trustee for | $180,943.73 | $0.00 | $7,618.32 |
| 5 | Bank of America | $746,973.25 | $0.00 | $31,450.01 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $41,192.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                      Case No. 09-43339-SPS
Prosper Maman                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte             Page 1 of 2              Date Rcvd: May 14, 2012
                              Form ID: pdf006            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2012.
db           #+Prosper Maman,    1017 Sheridan Road,    Glencoe, IL 60022-1236
aty           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14727778      +AmTrust Bank,    PO Box 790376,    Saint Louis, MO 63179-0376
14727777      +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
15187621       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14727779      +Bank of America,    PO Box 15220,    Wilmington, DE 19886-5220
14727780      +Bank of America,    PO Box 26078,    Greensboro, NC 27420-6078
15625059      +Bank of America, NA Trustee for,    WMALT Series 2007-HY1 Trust,
                c/o JP Morgan Chase Bank, National Assoc,    7255 Baymeadows Way,
                Jacksonville, Florida 32256-6851
15603910      +Bank of America, NA, as Trustee for,    WAMU Series 2006-AR16,   c/o JP Morgan Chase Bank, NA,
                7255 Baymeadows Way,    Jacksonville, Florida 32256-6851
14727781      +Citicard,    Processing Center,    Des Moines, IA 50363-0001
14846910      +Cook County Treasurer,    COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,
                118 NORTH CLARK STREET - ROOM 112,    CHICAGO, IL 60602-1332
14727782      +Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
14727783      +Mercedes Benz Financial,    PO Box 685,    Roanoke, TX 76262-0685
17002811      +Nationstar Mortgage,    350 Highland Dr.,    Lewisville, TX 75067-4177
18373606      +Susan Maman,    c/o Lester A. Ottenheimer, III,    Ottenheimer Rosebloom, LLC,
                750 W. Lake Cook Road, Ste. 140,    Buffalo Grove, IL 60089-2071
14727784      +WAMU/Chase,    PO Box 9001123,    Louisville, KY 40290-1123
14727785     #+Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Offices of David Weininger
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 2 of 2                    Date Rcvd: May 14, 2012
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2012 at the address(es) listed below:

```
              Cari A Kauffman    on behalf of Creditor   Residential Credit Solutions ND-Four@il.cslegal.com
              Carrie A Zuniga    on behalf of Trustee David Leibowitz czuniga@lakelaw.com
              David A. Weininger    on behalf of Trustee David Leibowitz dweininger@msn.com
              David P Leibowitz    on behalf of Plaintiff   David P. Leibowitz, Chapter 7 Trustee
               dleibowitz@lakelaw.com,   czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David S Adduce    on behalf of Creditor   Bank of America, N.A. dadduce@komdr.com
              Faiq Mihlar    on behalf of Creditor   JP Morgan Chase Bank, National Association
               shellyhood@hsbattys.com,   danacloe@hsbattys.com
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
               heathergiannino@hsbattys.com,   shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Jonathan T Brand    on behalf of Plaintiff   David P. Leibowitz, Chapter 7 Trustee
               jbrand@lakelaw.com,   ECF@lakelaw.com
              Kathryn A Klein    on behalf of Creditor   DCFS USA, L.L.C. iln@riezmanberger.com,
               riezmanberger@gmail.com
              Lester A Ottenheimer, III    on behalf of Creditor Susan Maman lottenheimer@otrlaw.com,
               nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```