**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43339-JSB |
| | § | |
| PROSPER MAMAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $48,770.00 | Assets Exempt: | $109,200.00 |
| Total Distributions to Claimants: | $1,829,623.03 | Claims Discharged Without Payment: | $952,868.68 |
| Total Expenses of Administration: | $397,245.42 | | |

3)     Total gross receipts of $2,227,368.45  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $500.00 (see **Exhibit 2),** yielded net receipts of $2,226,868.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,808,598.46 | $1,851,631.31 | $1,717,140.68 | $1,788,430.85 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $397,245.42 | $397,245.42 | $397,245.42 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,309,683.28 | $978,360.86 | $978,360.86 | $41,192.18 |
| **Total Disbursements** | $3,118,281.74 | $3,227,237.59 | $3,092,746.96 | $2,226,868.45 |

4). This case was originally filed under chapter 7 on 11/16/2009. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2012                    By:    /s/ David P. Leibowitz
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Debtor's residence:, Location: 1017 Sheridan Roa | 1110-000 | $1,190,000.00 |
| 519 Washington, | 1122-000 | $445,480.65 |
| 885 Oak, Glencoe, | 1122-000 | $452,000.00 |
| Tax refund (Federal) | 1129-000 | $24,174.12 |
| 10-01173 David P. Leibowitz, Chapter 7 Trustee v. Feld | 1141-000 | $18,000.00 |
| Security Deposit | 1229-000 | $90,000.00 |
| Trading Account | 1229-000 | $7,599.03 |
| Interest Earned | 1270-000 | $114.65 |
| **TOTAL GROSS RECEIPTS** | | $2,227,368.45 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Susan Maman | Exemptions | 8100-002 | $500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $500.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer | 4110-000 | $15,384.66 | $11,131.31 | $0.00 | $0.00 |
| 3S | Bank of America, NA, as Trustee for | 4110-000 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $1,069,290.17 |
| 4 S | Bank of America, NA Trustee for | 4110-000 | NA | $500,000.00 | $376,640.68 | $378,640.68 |
| | AmTrust Bank | 4110-000 | $107,402.85 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $29,877.95 | NA | $0.00 | $0.00 |
| | Mercedes Benz Financial | 4110-000 | $25,933.00 | NA | $0.00 | $0.00 |
| | Residential Credit Solutions, Incs., as Servicer for | 4110-000 | NA | $340,500.00 | $340,500.00 | $340,500.00 |
| | Washington Mutual | 4110-000 | $630,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,808,598.46 | $1,851,631.31 | $1,717,140.68 | $1,788,430.85 |

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $90,056.05 | $90,056.05 | $90,056.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $57.55 | $57.55 | $57.55 |
| International Sureties, Ltd | 2300-000 | NA | $262.33 | $262.33 | $262.33 |
| Chicago Title and Trust Company | 2500-000 | NA | $492.50 | $492.50 | $492.50 |
| Chicago Title/David Weininger | 2500-000 | NA | $1,770.00 | $1,770.00 | $1,770.00 |
| Closing Protection LTR/WIRE To Chicago Title and Trust Co. | 2500-000 | NA | $85.00 | $85.00 | $85.00 |
| Costs to David A Weininger | 2500-000 | NA | $81.88 | $81.88 | $81.88 |
| Credit for Owner'sTitle Insurance to David Weininger, Agent | 2500-000 | NA | $3,135.00 | $3,135.00 | $3,135.00 |
| David A. Weininger | 2500-000 | NA | $1,085.25 | $1,085.25 | $1,085.25 |
| Earnest Money | 2500-000 | NA | $16,045.00 | $16,045.00 | $16,045.00 |
| Earnest money retained by broker | 2500-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| Payment to Michael Hope | 2500-000 | NA | $830.00 | $830.00 | $830.00 |
| Payment to North Shore Gas | 2500-000 | NA | $1,577.97 | $1,577.97 | $1,577.97 |
| Policy/Commitment Update to Chicago Title and Trust Co. | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Recording Fee: City County tax stamps - Deed | 2500-000 | NA | $220.00 | $220.00 | $220.00 |
| Recording Fees Release | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Reim. To Sonia Cohen | 2500-000 | NA | $103.23 | $103.23 | $103.23 |
| Reimbursement to Michael Hope for Expenses | 2500-000 | NA | $1,060.40 | $1,060.40 | $1,060.40 |
| Seller Attorney Fee to David A Weininger | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| settlement charges per Line 1400 RESPA | 2500-000 | NA | $30,053.00 | $30,053.00 | $30,053.00 |

UST Form 101-7-TDR (5/1/2011)

| | | | | | |
|---|---|---|---|---|---|
| State of Illinois Registration Fee | 2500-000 | | NA | $3.00 | $3.00 | $3.00 |
| State Registration Fee to Chicago Title and Trust | 2500-000 | | NA | $153.00 | $153.00 | $153.00 |
| State Tax /Stamps - Deed | 2500-000 | | NA | $440.00 | $440.00 | $440.00 |
| Survey Fee to Professional Associated Survey | 2500-000 | | NA | $575.00 | $575.00 | $575.00 |
| Survey fee to professional survey | 2500-000 | | NA | $495.00 | $495.00 | $495.00 |
| Title Insurance-Chicago Title Insurance | 2500-000 | | NA | $1,680.00 | $1,680.00 | $1,680.00 |
| Transaction Fee to Chicago Title and Trust Co. | 2500-000 | | NA | $150.00 | $150.00 | $150.00 |
| Trust Fee to North Star Bank and Trust Co. | 2500-000 | | NA | $300.00 | $300.00 | $300.00 |
| Trust Fees to North Start Trust Company | 2500-000 | | NA | $300.00 | $300.00 | $300.00 |
| Village of Glencoe | 2500-000 | | NA | $64.16 | $64.16 | $64.16 |
| Wire Transfer /Tax Payment fee to Chicago Title | 2500-000 | | NA | $75.00 | $75.00 | $75.00 |
| Green Bank | 2600-000 | | NA | $3,349.39 | $3,349.39 | $3,349.39 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | | NA | $250.00 | $250.00 | $250.00 |
| 07/01/10 to 02/31/10 County Taxes | 2820-000 | | NA | $6,987.04 | $6,987.04 | $6,987.04 |
| 2008 Open Taxes to Cook County Collector 05-07-303-011 | 2820-000 | | NA | $7,142.88 | $7,142.88 | $7,142.88 |
| 2009 st & 2nd Installment. Taxes to Cook County | 2820-000 | | NA | $14,568.84 | $14,568.84 | $14,568.84 |
| 2010 1st installment taxes | 2820-000 | | NA | $7,196.65 | $7,196.65 | $7,196.65 |
| 2011 Tax Credit 01/01/2011-04/29/2011 | 2820-000 | | NA | $4,555.93 | $4,555.93 | $4,555.93 |
| City/Count Tax/Stamps | 2820-000 | | NA | $226.00 | $226.00 | $226.00 |
| County Taxes | 2820-000 | | NA | $10,621.61 | $10,621.61 | $10,621.61 |
| State tax/stamps | 2820-000 | | NA | $452.00 | $452.00 | $452.00 |
| tax proration | 2820-000 | | NA | $41,721.83 | $41,721.83 | $41,721.83 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Village of Glencoe | 2990-000 | NA | $121.53 | $121.53 | $121.53 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $60,837.50 | $60,837.50 | $60,837.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1,104.90 | $1,104.90 | $1,104.90 |
| POPOWCER KATTEN, Accountant for Trustee | 3410-000 | NA | $2,139.00 | $2,139.00 | $2,139.00 |
| Realtor for Trustee | 3510-000 | NA | $11,075.00 | $11,075.00 | $11,075.00 |
| Cooperating Broker @ PropertiesListing Broker - Coldwell Banker, Realtor for Trustee | 3510-000 | NA | $45,800.00 | $45,800.00 | $45,800.00 |
| Commission Paid to Michael Hope, Personal Property Broker for Trustee | 3991-500 | NA | $6,795.00 | $6,795.00 | $6,795.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $397,245.42 | $397,245.42 | $397,245.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Bank, FSB | 7100-000 | $3,260.03 | $3,278.89 | $3,278.89 | $138.05 |
| 3 U | Bank of America, NA, as Trustee for | 7100-000 | NA | $47,164.99 | $47,164.99 | $1,985.80 |
| 4 U | Bank of America, NA Trustee for | 7100-000 | $543,750.00 | $180,943.73 | $180,943.73 | $7,618.32 |
| 5 | Bank of America | 7100-000 | $746,973.25 | $746,973.25 | $746,973.25 | $31,450.01 |
| | Citicard | 7100-000 | $15,700.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,309,683.28 | $978,360.86 | $978,360.86 | $41,192.18 |

UST Form 101-7-TDR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 09-43339-JSB | | Trustee Name: | David Leibowitz |
| Case Name: | MAMAN, PROSPER | | Date Filed (f) or Converted (c): | 11/16/2009 (f) |
| For the Period Ending: | 8/13/2012 | | §341(a) Meeting Date: | 12/30/2009 |
| | | | Claims Bar Date: | 06/04/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Debtor's residence:, Location: 1017 Sheridan Roa | $1,500,000.00 | $0.00 | | $1,190,000.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | 519 Washington, | $500,000.00 | $0.00 | | $445,480.65 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | 885 Oak, Glencoe, | $490,000.00 | $0.00 | | $452,000.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Cash on Debtor's person | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Checking account - North Shore Community Bank | $900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | 4 TV's, miscellaneous appliances, kitchen table | $2,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Miscellaneous pictures | $350.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | Miscellaneous wearing apparel | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | 2 watches, 1 ring | $750.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | 1 digital camera, 1 bike | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | IRA | $85,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | Tax refund (Federal) | $12,350.00 | $25,000.00 | | $24,174.12 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Tax refund (State) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 - part of recovery of federal income tax refund | | | | | |
| 14 | 2007 Mercedes Benz E550 (18,000 miles) | $27,320.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 | 2009 Landrover (14,000 miles) | $26,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 | 1 barbeque grill, patio furniture | $250.00 | $250.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17 | Security Deposit (u) | Unknown | $90,000.00 | | $90,000.00 | FA |
| **Asset Notes:** | Debtor's security deposit with trading company T Bill proceeds. 10-00271 Leibowitz et al v. SMW Trading Company, Inc | | | | | |
| 18 | Trading Account (u) | Unknown | $7,599.03 | | $7,599.03 | FA |
| 19 | 10-01173 David P. Leibowitz, Chapter 7 Trustee v. Feld | $18,000.00 | $18,000.00 | | $18,000.00 | $0.00 |
| **Asset Notes:** | Last $3000 waived pursuant to settlement agreement:<br><br>Payment to the Trustee. In consideration of the Trustee settling the Litigation,<br>Feld has agreed to tender $3,000 in seven (7) monthly installments. Payments shall begin on the | | | | | |

FORM 1

Page No:  2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit 8

ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 09-43339-JSB | |
| **Case Name:** | MAMAN, PROSPER | |
| **For the Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/16/2009 (f) |
| **§341(a) Meeting Date:** | 12/30/2009 |
| **Claims Bar Date:** | 06/04/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| first day of November 2010. All payments are due to the Trustee at the address provided herein no later than the eight (8th) day of each month. The seventh (7th) and last payment due by Feld shall be waived by the Trustee if Feld complies with the terms of this paragraph and all other obligations as provided in this Settlement Agreement. | | | | | |
| **Ref. #** | | | | | |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $114.65 | Unknown |

|  | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $2,665,320.00 | $142,849.03 | | $2,227,368.45 | $0.00 |

**Major Activities affecting case closing:**

Sale of real property pending.

All real estate has been liquidated.

Accountant to be hired to prepare income tax return for estate

Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2011 |
| **Current Projected Date Of Final Report (TFR):** | 06/29/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-43339-JSB | |
| **Case Name:** | MAMAN, PROSPER | |
| **Primary Taxpayer ID #:** | ******6687 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/16/2009 | |
| **For Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******9065 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | $14,400.48 | | $14,400.48 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.69 | | $14,401.17 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.85 | | $14,402.02 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.61 | | $14,402.63 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $14,402.63 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $14,402.63 | $14,402.63 | $0.00 |
| **Less: Bank transfers/CDs** | $14,400.48 | $14,402.63 | |
| **Subtotal** | $2.15 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2.15 | $0.00 | |

| For the period of 11/16/2009 to 8/13/2012 | | For the entire history of the account between 04/06/2010 to 8/13/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2.15 | Total Compensable Receipts: | $2.15 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.15 | Total Comp/Non Comp Receipts: | $2.15 |
| Total Internal/Transfer Receipts: | $14,400.48 | Total Internal/Transfer Receipts: | $14,400.48 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $14,402.63 | Total Internal/Transfer Disbursements: | $14,402.63 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | | 09-43339-JSB | | Trustee Name: | | David Leibowitz | |
| Case Name: | | MAMAN, PROSPER | | Bank Name: | | Green Bank | |
| Primary Taxpayer ID #: | | ******6687 | | Checking Acct #: | | ******3901 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | DDA | |
| For Period Beginning: | | 11/16/2009 | | Blanket bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | | 8/13/2012 | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $510,735.60 | | $510,735.60 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $159.52 | $510,576.08 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $717.60 | $509,858.48 |
| 08/08/2011 | 5001 | Residential Credit Solutions, Incs., as Servicer | Payment on senior mortgage for 519 Washington Avenue, Glencoe. Per Court Order entered on 4/11/2011 Dkt. # 158 | 4110-000 | | $340,500.00 | $169,358.48 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $468.26 | $168,890.22 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $281.32 | $168,608.90 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $254.53 | $168,354.37 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $262.90 | $168,091.47 |
| 12/07/2011 | | Brett A Blue and Brenda L Blue | Real Estate Closing | * | | | $168,091.47 |
| | | | Payoff First Mortgage - including principal, interest and attorneys' fees $(1,069,290.17) | 4110-000 | | | $168,091.47 |
| | | | Credit for Owner's Title Insurance to David Weininger, Agent $(3,135.00) | 2500-000 | | | $168,091.47 |
| | | | Cooperating Broker @ Properties Listing Broker - Coldwell Banker $(45,800.00) | 3510-000 | | | $168,091.47 |
| | | | settlement charges per Line 1400 RESPA $(30,053.00) | 2500-000 | | | $168,091.47 |
| | | | tax proration $(41,721.83) | 2820-000 | | | $168,091.47 |
| | {1} | | tax proration $1,190,000.00 | 1110-000 | | | $168,091.47 |
| 12/15/2011 | 5002 | Susan Maman | RE: Washer & Dryer for 1017 Sheridan Rd. | 8100-002 | | $500.00 | $167,591.47 |
| 12/16/2011 | 5002 | VOID: Susan Maman | Check Voided | 8100-003 | | ($500.00) | $168,091.47 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $271.24 | $167,820.23 |

**SUBTOTALS**   $510,735.60   $342,915.37

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6687 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/13/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2012 | | Athena Pruim | Funds on Real Estate closing | * | $29,403.81 | | $197,224.04 |
| | {3} | | $452,000.00 | 1122-000 | | | $197,224.04 |
| | | | $(11,075.00) | 3510-000 | | | $197,224.04 |
| | | | Chicago Title and Trust Company $(492.50) | 2500-000 | | | $197,224.04 |
| | | | David A. Weininger $(1,000.00) | 2500-000 | | | $197,224.04 |
| | | | Chicago Title/David Weininger $(1,770.00) | 2500-000 | | | $197,224.04 |
| | | | Closing Protection LTR/WIRE To Chicago Title and Trust Co. $(85.00) | 2500-000 | | | $197,224.04 |
| | | | Transaction Fee to Chicago Title and Trust Co. $(150.00) | 2500-000 | | | $197,224.04 |
| | | | Policy/Commitment Update to Chicago Title and Trust Co. $(100.00) | 2500-000 | | | $197,224.04 |
| | | | City/Count Tax/Stamps $(226.00) | 2820-000 | | | $197,224.04 |
| | | | State tax/stamps $(452.00) | 2820-000 | | | $197,224.04 |
| | | | State of Illinois Registration Fee $(3.00) | 2500-000 | | | $197,224.04 |
| | | | Survey Fee to Professional Associated Survey $(575.00) | 2500-000 | | | $197,224.04 |
| | | | Trust Fee to North Star Bank and Trust Co. $(300.00) | 2500-000 | | | $197,224.04 |
| | | | Reimbursement to Michael Hope for Expenses $(1,060.40) | 2500-000 | | | $197,224.04 |
| | | | JP Morgan Chase Bank, N.A. $(378,640.68) | 4110-000 | | | $197,224.04 |
| | | | Earnest Money $(16,045.00) | 2500-000 | | | $197,224.04 |
| | | | County Taxes $(10,450.30) | 2820-000 | | | $197,224.04 |
| | | | County Taxes $(171.31) | 2820-000 | | | $197,224.04 |
| 01/25/2012 | 5003 | Susan Maman | Exemptions paid to Susan for Washer and Dryer - sold with the 885 Oak, Glencoe property - - | 8100-002 | | $500.00 | $196,724.04 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $310.60 | $196,413.44 |
| 02/16/2012 | 5004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $152.84 | $196,260.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $297.00 | $195,963.60 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $326.42 | $195,637.18 |
| 06/06/2012 | 5005 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $90,056.05 | $105,581.13 |
| 06/06/2012 | 5006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $57.55 | $105,523.58 |
| 06/06/2012 | 5007 | Lakelaw | Claim #: ; Amount Claimed: 60,837.50; Amount Allowed: 60,837.50; Distribution Dividend: 100.00; | 3110-000 | | $60,837.50 | $44,686.08 |

| | | | | **SUBTOTALS** | $29,403.81 | $152,537.96 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-43339-JSB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | ******6687 | | | **Checking Acct #:** | | ******3901 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | DDA |
| **For Period Beginning:** | 11/16/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/06/2012 | 5008 | Lakelaw | Claim #: ; Amount Claimed: 1,104.90; Amount Allowed: 1,104.90;  Distribution Dividend: 100.00; | 3120-000 | | $1,104.90 | $43,581.18 |
| 06/06/2012 | 5009 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 2,139.00; Amount Allowed: 2,139.00;  Distribution Dividend: 100.00; | 3410-000 | | $2,139.00 | $41,442.18 |
| 06/06/2012 | 5010 | Office of the Clerk United States Bankruptcy Court | Claim #: 6; Amount Claimed: 250.00; Amount Allowed: 250.00;  Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $41,192.18 |
| 06/06/2012 | 5011 | American Express Bank, FSB | Claim #: 2; Amount Claimed: 3,278.89; Amount Allowed: 3,278.89;  Distribution Dividend: 4.21; | 7100-000 | | $138.05 | $41,054.13 |
| 06/06/2012 | 5012 | Bank of America, NA, as Trustee for | Claim #: 3; Amount Claimed: 47,164.99; Amount Allowed: 47,164.99; Distribution Dividend: 4.21; | 7100-000 | | $1,985.80 | $39,068.33 |
| 06/06/2012 | 5013 | Bank of America, NA Trustee for | Claim #: 4; Amount Claimed: 180,943.73; Amount Allowed: 180,943.73; Distribution Dividend: 4.21; | 7100-000 | | $7,618.32 | $31,450.01 |
| 06/06/2012 | 5014 | Bank of America | Claim #: 5; Amount Claimed: 746,973.25; Amount Allowed: 746,973.25; Distribution Dividend: 4.21; | 7100-000 | | $31,450.01 | $0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS:** | | | $540,139.41 | $540,139.41 | $0.00 |
| **Less: Bank transfers/CDs** | | | $510,735.60 | $0.00 | |
| **Subtotal** | | | $29,403.81 | $540,139.41 | |
| **Less: Payments to debtors** | | | $0.00 | $500.00 | |
| **Net** | | | $29,403.81 | $539,639.41 | |

| **For the period of  11/16/2009 to 8/13/2012** | | **For the entire history of the account between 06/29/2011 to 8/13/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,642,000.00 | Total Compensable Receipts: | $1,642,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,642,000.00 | Total Comp/Non Comp Receipts: | $1,642,000.00 |
| Total Internal/Transfer Receipts: | $510,735.60 | Total Internal/Transfer Receipts: | $510,735.60 |
| | | | |
| Total Compensable Disbursements: | $2,152,235.60 | Total Compensable Disbursements: | $2,152,235.60 |
| Total Non-Compensable Disbursements: | $500.00 | Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $2,152,735.60 | Total Comp/Non Comp Disbursements: | $2,152,735.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-43339-JSB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | | | **Bank Name:** | | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6687 | | | **Money Market Acct #:** | | ******9065 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | Money Market Account |
| **For Period Beginning:** | 11/16/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/10/2010 | (12) | Prosper Maman | Fed & IL Tax Refund | 1129-000 | $14,400.00 | | $14,400.00 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.39 | | $14,400.39 |
| 04/06/2010 | | Wire out to BNYM account ********9065 | Wire out to BNYM account ********9065 | 9999-000 | ($14,400.48) | | ($0.09) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.09 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | | ($14,400.48) | $0.00 | |
| **Subtotal** | | $14,400.48 | $0.00 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $14,400.48 | $0.00 | |

| **For the period of 11/16/2009 to 8/13/2012** | | **For the entire history of the account between 03/10/2010 to 8/13/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $14,400.48 | Total Compensable Receipts: | $14,400.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,400.48 | Total Comp/Non Comp Receipts: | $14,400.48 |
| Total Internal/Transfer Receipts: | ($14,400.48) | Total Internal/Transfer Receipts: | ($14,400.48) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 09-43339   Doc 197   Filed 08/14/12   Entered 08/14/12 09:22:41   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 14 of 17

Exhibit 9

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-43339-JSB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6687 | | **Money Market Acct #:** | ******3339 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 11/16/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $14,402.63 | | $14,402.63 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.12 | | $14,402.75 |
| 07/07/2010 | | SMW TRADING COMPANY INC. | Security Deposit and Trading Account | * | $97,599.03 | | $112,001.78 |
| | {17} | | $90,000.00 | 1229-000 | | | $112,001.78 |
| | {18} | | $7,599.03 | 1229-000 | | | $112,001.78 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.02 | | $112,004.80 |
| 08/05/2010 | (12) | Harris N.A. | Tax refund | 1129-000 | $9,665.38 | | $121,670.18 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.05 | | $121,675.23 |
| 09/01/2010 | (2) | Michael L. Frey | Rental Payment | 1122-000 | $5,480.65 | | $127,155.88 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $5.21 | | $127,161.09 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $5.40 | | $127,166.49 |
| 11/03/2010 | (12) | United States Treasury | 12/09 Federal Tax Refund for Proper and Susan J. Maman | 1129-000 | $108.74 | | $127,275.23 |
| 11/05/2010 | (19) | Michael Feld, M.D. | 1st settlement payment | 1141-000 | $3,000.00 | | $130,275.23 |
| 11/10/2010 | 3000 | Village of Glencoe | Utility Service Bill - 519 Washington Ave, Glencoe, IL | 2500-000 | | $64.16 | $130,211.07 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $5.32 | | $130,216.39 |
| 12/07/2010 | (19) | Michael Feld, M.D. | Pref. Payment | 1141-000 | $3,000.00 | | $133,216.39 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $5.62 | | $133,222.01 |
| 01/07/2011 | (19) | Michael Feld M.D. | Monthly payment | 1141-000 | $3,000.00 | | $136,222.01 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $5.74 | | $136,227.75 |
| 02/04/2011 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $109.49 | $136,118.26 |
| 02/09/2011 | (19) | Michael Feld, M.D. | Settlement payment | 1141-000 | $3,000.00 | | $139,118.26 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $5.30 | | $139,123.56 |
| 03/10/2011 | (19) | Michael Feld, M.D. | Settlement payment | 1141-000 | $3,000.00 | | $142,123.56 |
| 03/18/2011 | 3002 | Village of Glencoe | Utility bill | 2990-000 | | $121.53 | $142,002.03 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $5.97 | | $142,008.00 |
| 04/11/2011 | (19) | Michael Feld, M.D. | Payment | 1141-000 | $3,000.00 | | $145,008.00 |
| 04/11/2011 | 3003 | R.H. Witt Heating & Sheet Metal | Routine Maintenance Hydronic Boiler | * | | $830.00 | $144,178.00 |
| | | | Routine Maintenance Hydronic Boiler $(109.00) | 2990-003 | | | $144,178.00 |
| | | | Aquastat $(562.00) | 2990-000 | | | $144,178.00 |
| | | | Non-Specific Minor Repair level 2 $(91.00) | 2990-000 | | | $144,178.00 |
| | | | Diagnostic Charge $(68.00) | 2990-000 | | | $144,178.00 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.91 | | $144,183.91 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $145,309.09 | $1,125.18 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 09-43339-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAMAN, PROSPER | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6687 | | Money Market Acct #: | ******3339 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/13/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2011 | | Chicago Title and Trust Company | Funds RE 519 Washington property | * | $365,747.58 | | $509,931.49 |
| | {2} | | $440,000.00 | 1122-000 | | | $509,931.49 |
| | | | 07/01/10 to 02/31/10 County Taxes | $(6,987.04) | 2820-000 | | $509,931.49 |
| | | | 2011 Tax Credit 01/01/2011-04/29/2011 | $(4,555.93) | 2820-000 | | $509,931.49 |
| | | | Commission Paid to Michael Hope | $(6,795.00) | 3991-500 | | $509,931.49 |
| | | | Title Insurance- Chicago Title Insurance | $(1,680.00) | 2500-000 | | $509,931.49 |
| | | | Wire Transfer /Tax Payment fee to Chicago Title | $(75.00) | 2500-000 | | $509,931.49 |
| | | | State Registration Fee to Chicago Title and Trust | $(153.00) | 2500-000 | | $509,931.49 |
| | | | Recording Fees Release | $(50.00) | 2500-000 | | $509,931.49 |
| | | | Recording Fee: City County tax stamps -Deed | $(220.00) | 2500-000 | | $509,931.49 |
| | | | State Tax /Stamps  - Deed | $(440.00) | 2500-000 | | $509,931.49 |
| | | | 2008 Open Taxes to Cook County Collector 05-07-303-011 | $(7,142.88) | 2820-000 | | $509,931.49 |
| | | | 2009 st & 2nd Installment. Taxes to Cook County | $(14,568.84) | 2820-000 | | $509,931.49 |
| | | | 2010 1st installment taxes | $(7,196.65) | 2820-000 | | $509,931.49 |
| | | | Trust Fees to North Start Trust Company | $(300.00) | 2500-000 | | $509,931.49 |
| | | | Earnest money retained by broker | $(20,000.00) | 2500-000 | | $509,931.49 |
| | | | Survey fee to professional survey | $(495.00) | 2500-000 | | $509,931.49 |
| | | | Payment to Michael Hope | $(830.00) | 2500-000 | | $509,931.49 |
| | | | Seller Attorney Fee to David A Weininger | $(1,000.00) | 2500-000 | | $509,931.49 |
| | | | Costs to David A Weininger | $(81.88) | 2500-000 | | $509,931.49 |
| | | | Reim. To Sonia Cohen | $(103.23) | 2500-000 | | $509,931.49 |
| | | | Payment to North Shore Gas | $(1,577.97) | 2500-000 | | $509,931.49 |
| 05/04/2011 | 3004 | Chicago Title and Trust | Cook County added interest for 2008 tax bill | 2500-000 | | $85.25 | $509,846.24 |

| | | | **SUBTOTALS** | $365,747.58 | $85.25 |
|---|---|---|---|---|---|

**FORM 2**

CASE 09-43339   Doc 197   Filed 08/14/12   Entered 08/14/12 09:22:41   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document     Page 16 of 17        Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-43339-JSB | |
| **Case Name:** | MAMAN, PROSPER | |
| **Primary Taxpayer ID #:** | ******6687 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/16/2009 | |
| **For Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******3339 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/05/2011 | 3003 | VOID: R.H. Witt Heating & Sheet Metal | Check Voided | * | | ($830.00) | $510,676.24 |
| | | | Routine Maintenance Hydronic Boiler       $109.00 | 2990-003 | | | $510,676.24 |
| | | | Aquastat       $562.00 | 2990-003 | | | $510,676.24 |
| | | | Non-Specific Minor Repair level 2       $91.00 | 2990-003 | | | $510,676.24 |
| | | | Diagnostic Charge       $68.00 | 2990-003 | | | $510,676.24 |
| 05/25/2011 | 3004 | STOP PAYMENT: Chicago Title and Trust | Cook County added interest for 2008 tax bill | 2500-004 | | ($85.25) | $510,761.49 |
| 05/25/2011 | 3005 | David A. Weininger | Reimb. of Cook County 2008 interest for tax bill | 2500-000 | | $85.25 | $510,676.24 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $29.98 | | $510,706.22 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $29.38 | | $510,735.60 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $510,735.60 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | | $511,116.03 | $511,116.03 | $0.00 |
| **Less: Bank transfers/CDs** | | $14,402.63 | $510,735.60 | |
| **Subtotal** | | $496,713.40 | $380.43 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $496,713.40 | $380.43 | |

| For the period of 11/16/2009 to 8/13/2012 | | For the entire history of the account between 06/25/2010 to 8/13/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $570,965.82 | Total Compensable Receipts: | $570,965.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $570,965.82 | Total Comp/Non Comp Receipts: | $570,965.82 |
| Total Internal/Transfer Receipts: | $14,402.63 | Total Internal/Transfer Receipts: | $14,402.63 |
| | | | |
| Total Compensable Disbursements: | $74,632.85 | Total Compensable Disbursements: | $74,632.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,632.85 | Total Comp/Non Comp Disbursements: | $74,632.85 |
| Total Internal/Transfer Disbursements: | $510,735.60 | Total Internal/Transfer Disbursements: | $510,735.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-43339-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | MAMAN, PROSPER | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******6687 | **Money Market Acct #:** ******3339 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 11/16/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $540,519.84 | $540,519.84 | $0.00 |

**For the period of 11/16/2009 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,227,368.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,227,368.45 |
| Total Internal/Transfer Receipts: | $525,138.23 |
| | |
| Total Compensable Disbursements: | $2,226,868.45 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $2,227,368.45 |
| Total Internal/Transfer Disbursements: | $525,138.23 |

**For the entire history of the case between 11/16/2009 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,227,368.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,227,368.45 |
| Total Internal/Transfer Receipts: | $525,138.23 |
| | |
| Total Compensable Disbursements: | $2,226,868.45 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $2,227,368.45 |
| Total Internal/Transfer Disbursements: | $525,138.23 |